IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JAMES LOHNES,<br><br>        Plaintiff,<br><br>        vs.<br><br>PHIL MARTIN, MARC HODGES, and JAMES FENOGLIO,<br><br>        Defendant(s). | CASE NO.  12-946-SCW |

**JUDGMENT IN A CIVIL CASE**

Defendant **MARC HODGES** was dismissed without prejudice on September 10, 2012 by an Order entered by Judge Michael J. Reagan (Doc. 5).

Defendants **PHIL MARTIN** and **JAMES FENOGLIO** were granted summary judgment on July 11, 2014 by an Order entered by Magistrate Judge Stephen C. Williams (Doc. 98).

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of Defendants **PHIL MARTIN** and **JAMES FENOGLIO** and against Plaintiff **JAMES LOHNES.**

Plaintiff shall take nothing from this action.

**DATED** this 11th day of July, 2014

                                          NANCY J. ROSENSTENGEL,
                                        Clerk of Court

                                        By: s//Angie Vehlewald
                                                Deputy Clerk

Approved by:  s// Stephen C. Williams
              STEPHEN C. WILLIAMS
              United States Magistrate Judge